Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
James C. Castle (235551), jcastle@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

**FILED: 8/29/13**

**JS-6**

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SILLETTI LOPEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLIAN LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>    Defendants. | CASE NO.: CV 13-01498 GHK (FFMx)<br><br>Hon. George H. King<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 1, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notese1ef34\stip to dismiss order final.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party is to bear their own fees and costs.

IT IS SO ORDERED.

Dated:     8/29/13                    _____
                                      HONORABLE GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE


Submitted by:

BARGER & WOLEN LLP


By: */s/ Royal F. Oakes*
    ROYAL F. OAKES
    MICHAEL A.S. NEWMAN
    JAMES C. CASTLE
    Attorneys for Defendant
    Metropolitan Life Insurance
    Company